UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| DARRION O. FOOTE,<br><br>        Plaintiffs,<br><br>        v.<br><br>SWEDISH AMERICAN HOSPITAL,<br>DENNY ECCLES, MICHAEL J. CASNER,<br>M.D., HEATHER R. FREY, N.P., SCOTT G.<br>FRENCH, M.D., UNITED STATES OF<br>AMERICA<br><br>        Defendants. | No. 11 C 50150<br><br>Judge Frederick J. Kapala<br><br>Formerly case No. 11 L 114,<br>Circuit Court of 17th Judicial Circuit,<br>Winnebago, Illinois |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, June 1, 2011, at 1:30 p.m., at the opening of court or as soon thereafter as counsel may be heard, I will appear before Magistrate Judge P. Michael Mahoney, in the courtroom usually occupied by him in the United States Courthouse, 211 South Court Street, Rockford, Illinois, or before such other judge as may be sitting in his place and stead, and then and there present: Defendant's Motion to Dismiss, at which time and place you may appear as you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:    s/ Monica V. Mallory
        MONICA V. MALLORY
        Assistant United States Attorney
        308 West State Street, Suite 300
        Rockford, Illinois 61101
        (815) 987-4444 / Fax (815) 987-4236
        Monica.Mallory@usdoj.gov

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on May 23, 2011, to the following non-ECF filers:

| | |
|---|---|
| Darrion O. Foote (*pro se*) | David Falkner, Esq. |
| 511 N. Church Street #809 | Falkner Law Firm |
| Rockford, Illinois 61103 | 6832 Stalter Drive # 101 |
| | Rockford, Illinois 61108 |
| Jeffry Spears | |
| Hinshaw and Culbertson | |
| 100 Park Ave #1 | |
| Rockford, Illinois 61101 | |

    s/ Monica V. Mallory
MONICA V. MALLORY
Assistant United States Attorney
308 West State Street, Suite 300
Rockford, Illinois 61101
(815) 987-4444 / Fax (815)987-4236