## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Western Division

Darrion O Foote

                           Plaintiff,

v.                                        Case No.: 3:11–cv–50150
                                        Honorable Frederick J. Kapala

United States of America, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 14, 2011:

        MINUTE entry before Honorable P. Michael Mahoney: Status hearing held on 10/14/2011. By agreement, It is the Report and Recommendation of the Magistrate Judge that the USA's Motion to dismiss [6] be granted and this case be remanded to state court. Parties are given fourteen days from service of this order, as calculated under Rule 6 to file objections with Judge Kapala pursuant to FRCP 72. Objections need not be presented as stated in LR.5.3. Written status due 3/5/12. Mailed notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.