## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 50150 | **DATE** | 11/1/2011 |
| **CASE TITLE** | Foote v. United States of America, et al. | | |

**DOCKET ENTRY TEXT:**

There being no written objection to the report and recommendation of the magistrate judge entered on 8/17/2011, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the report and recommendation, the court accepts the report and recommendation and grants defendant United States of America's motion to dismiss for failure to exhaust administrative remedies [6]. This case is remanded to state court. All pending motions are moot.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|

11C50199 Misna vs. Pickett                                                                                   Page 1 of 1